**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **JASON C. JOHNSON,** : | **CASE NO: 7:23-CR-74 (WLS)** |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

The Court intends to notice this case for the February 2024 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, December 8, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of November 2023.

                /s/ W. Louis Sands
                **W. LOUIS SANDS, SR. JUDGE**
                **UNITED STATES DISTRICT COURT**