IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **JASON C. JOHNSON,** : | **CASE NO: 7:22-CR-74 (WLS)** |
| : | |
| **Defendant.** : | |
| _____ : | |

# ORDER

Before the Court is an Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 22), ("Motion to Continue") filed by the Defendant on December 22, 2023. Therein, Defendant requests the Court to continue the pretrial conference currently set for January 10, 2024, and continue the trial to the next Valdosta term. Defense Counsel states that the parties need additional time to complete plea negotiations. Further, Defense Counsel is awaiting receipt of additional discovery the Government is waiting to obtain from the case agent. This discovery is needed for Defense Counsel to determine if filing of pretrial motions are warranted. Defense Counsel represents that the Government does not oppose the continuance.

Based on the stated reasons and good cause shown, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

Thus, for good cause shown, Defendant's Motion to Continue (Doc. 22) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division May 2024 trial term and its conclusion, or as may otherwise be ordered by the Court. Additionally, the pretrial conference set for January 10, 2024, is **CANCELLED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued

the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 26th day of December 2023.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**