**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-74 (LAG) |
| JASON JOHNSON, | : |
| Defendant. | : |

## **ORDER**

Counsel for Defendant has notified the Court that he will be unable to attend the December 19, 2024, Competency Hearing as he is stuck out of the country due to weather related travel delays. Accordingly, the Competency Hearing is **CONTINUED** and will be rescheduled at a date to be determined later.

**SO ORDERED**, this 18th day of December, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**