# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-74 (LAG)(ALS) |
| JASON JOHNSON, | : |
| Defendant. | : |

## ORDER

Before the Court is Counsel K. Todman's Unopposed Motion to Continue Trial. (Doc. 49). Therein, Todman, who has been appointed as stand-by counsel in this matter, moves to continue the trial, currently scheduled for February 3, 2025. (*Id.* at 1; Doc. 48).

On September 12, 2023, Defendant was charged with one count of Assault of a Federal Contract Officer Engaged in Performance of Official Duties. (Doc. 1). On January 6, 2025, this Court held a competency hearing where Defendant was found to be competent. During the hearing, Defendant moved to proceed *pro se* and the Court granted the motion, appointing Todman as stand-by counsel. On January 27, 2025, Todman moved to continue trial in this matter because he is scheduled to try a two-week murder trial which will conflict with the trial before this Court. (Doc. 49 at 2). The Government does not oppose this motion. (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Accordingly, the Defendants' Motion (Doc. 49) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later.

**SO ORDERED**, this 28th day of January, 2025.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**